37 F.3d 1487
 Keslosky (Michael B., III)
v.
Borough of Old Forge, Borough of Old Forge Police
Department, Borough of Old Forge Council, Avvisatio (Frank
J.), Bertocki (Amil), Trotta (Anthony R.), Scavo (Sam, Sr.),
Pero (Anthony), Kania (Edward), Killino (Dennis), Legg
(Mildred), Marchese (Anthony), Goosley (Eugene), Pagnotti
(Robert), Vender (Dominick), Freda (Joseph), Tagliaterra (Anthony)
 NO. 94-7031
 United States Court of Appeals,
Third Circuit.
 Aug 03, 1994
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 REVERSED.